## FIRST DEPARTMENT, DECEMBER TERM, 1889.

Respondents, v. Peter Kinsey, Executor, and others, Appellants.— Judgment and order affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Lewis L. Fosdick and another, Executors, etc., Respondents, v. The Town of Hempstead, Appellant, and others, Respondents.— Reargument ordered.

Matter of Estate of George Mapes, Deceased.— Judgment affirmed, with costs to respondents out of estate. Opinion by Barnard, P. J.

Harriet S. Rumsey and others, Respondents, v. The New York and New England Railroad Company, Appellant.— Judgment affirmed, with costs. Barnard, P. J., not sitting.

The Walden National Bank, Respondent, v. Caleb Birch and another, Appellants.— Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Theodore S. Jenkins, Respondent, v. William E. Dean, Appellant.— Judgment and order denying new trial affirmed, with costs, Opinion by Barnard, P. J.; Dykman, J., not sitting.

Thomas Wheeler, Appellant, v. William Emmelnth, Respondent.— Order refusing to vacate discharge affirmed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

Edward Kelly, Appellant, v. James C. Brown, Respondent. Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Mary L Morgan, Respondent, v. New York and Massachusetts Railway Company, Appellant.— Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

John R. Price, Appellant, v. Thomas A. Mapes, Assignee, etc., and another, Respondents — Judgment modified by striking out costs and allowance, and as modified affirmed, without costs of appeal. Opinion by Pratt, J.; Barnard P. J., not sitting.

Catharine P. Daniels, Administratrix, Respondent, v The Staten Island Rapid Transit Railroad Company, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Cornelius D. Guyon and another, Appellants, v. John Rooney, Respondent.— Judgment reversed and new trial ordered in the City Court. Opinion by Pratt, J.

Charles A. T. Rodrian, Administrator, Respondent, v. The New York, New Haven, and Hartford Railroad Company, Appellant — Judgment and order denying new trial affirmed with costs. Opinion by Pratt, J.; Barnard, P J.,not sitting.

Roxanna Kelley, Appellant, v. Ann Augusta Foster and another, Administrators, Respondent.— Reargument ordered.

The People of The State of New York ex rel. Sinnott, v. Trustees of Brooklyn Bridge.— Order affirmed, with costs. Opinion by Cullen, J.

The Greenwood Lake and Port Jervis Railroad Company, Appellant, v. The New York and Greenwood Lake Railroad Company, Respondent.— Judgment affirmed, with costs. Opinion by Dykman, J.; Cullen, J., dissenting.

Henry Bacon, Respondent, v. Harrison W. Nanny and others, Appellants.— Order continuing injunction affirmed, with costs. Opinion by Cullen, J.

John J. Quinlan, Respondent, v. Emily A. Stratton and another, Appellants.— Judgment affirmed, with costs. Opinion by Dykman, J.

Hannah C. Brink, Respondent, v. Guaranty Mutual Accident Association, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

**Decisions handed down December 20, 1889.**

Matter of the Petition of William Van Amee.— Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Otto Schmidt, Appellant, v. Steinway and Hunter's Point Railroad Company, Respondent.— Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J., and Pratt, J.

---

## FIRST DEPARTMENT, DECEMBER TERM, 1889.

**Decisions handed down December 2, 1889.**

The People of The State of New York, Respondent, v. Lawrence Massett, Appellant.— Judgment reversed and new trial ordered. Opinion by Van Brunt, P. J.

Elizabeth Fisher, Respondent, v. William Rankin, Appellant — Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event. Opinion by Daniels, J.

In the Matter of the Probate of the Will of John Connor, Deceased.— Decree affirmed, with costs. Opinion by Barrett, J.

The Barber Asphalt Paving Company, Respondent, v. James Brand and others, Appellants, Impleaded, etc.— The interlocutory judgments affirmed, with costs against each of the parties demurring. Opinion by Barrett, J.

Robert J. Howe, Respondent, v. Joseph J. Morehouse and others, Appellants.— Judgment affirmed, with costs. Opinion by Barrett, J.

Charles H. Pendergast, as Receiver of the Produce Bank, Respondent, v. Ernest Greenfield, as Trustee, Appellant.— The judgment and all the orders appealed from affirmed, with costs. Opinion by Barrett, J.

The People of the State of New York, Respondent, v. James Smith, Appellant.—Judgment reversed and new trial ordered. Opinion by Barrett, J.

Samuel F. Myers and another, Appellant, v.

Elbert A. Taber, Respondent — Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

Ricot J. Dovale, Respondent, v. Bernard L. Ackermann, Appellant. — Order reversed and reference ordered as stated in opinion; costs of this appeal should not be awarded to either party. Opinion by Van Brunt, P. J.

Thomas Makin v. Frederick A. Blossom.— Motion denied.

Richardson & Boynton Company, Appellant, v. Richardson & Morgan Company, Respondent.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

In the Matter of the New York Institution for the Deaf and Dumb.— Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Brayton Ives and others, Respondents, v. Elijah Smith and others, Appellants.—Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

The United States Life Insurance Company, Appellant, v. George W. Poillon and others, Respondents. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

In the Matter of Jesse A. Marshall — Order affirmed, with ten dollars costs and disbursements Opinion by Van Brunt, P. J.

In the Matter of Francis Ferris.—Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

55h    6\6
1st Dept.·
Case 13
66 AD 597
66 AD 598